# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| **Case No.** SACV08-00157-UA | **Date** 07/07/08 |
| **Title** Donald Crawford v. Rose | |

Priority
Send ✓
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

**Present: The Honorable** Alicemarie H. Stotler, Chief United States District Judge

| R. Marshall | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   Order of Dismissal (In Chambers)

Plaintiff submitted a request to proceed in Forma Pauperis on February 11, 2008. The court notified plaintiff in writing on February 11, 2008 that he/she had not submitted a complaint or petition with the request. The court also provided plaintiff with complaint and petition packets which included forms with instructions for preparing complaints and petitions. Plaintiff was advised that if he/she did not submit a complaint or petition within THIRTY days, his/her action would be administratively closed.

Since plaintiff has failed to submit a complaint or petition within THIRTY days, this action is administratively closed.

Initials of Preparer   rm